**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**(Orlando Division)**
Case No.: _____

JASPER CONTRACTORS, INC.,
a/a/o RICHARD WEISS and
MONICA WEISS

    Plaintiff,

v.

NATIONAL SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

Removed from Circuit Court
of Seminole County, Florida
Case No: 2022-CA-002641

## NOTICE OF REMOVAL

COMES NOW Defendant National Specialty Insurance Company, by and through its undersigned counsel, and hereby gives notice, pursuant to 28 U.S.C. § 1441 *et seq.*, of the removal of this action from the Circuit Court of Seminole County, Florida, Case No.: 2022-CA-002641, to the United States District Court for the Middle District of Florida based on the following:

1. This matter is a first-party insurance breach of contract dispute involving a homeowners' insurance policy.

2. On or about November 7, 2022, Plaintiff filed a Complaint against Defendant in the Circuit Court of Seminole County, Florida. *See Plaintiff's Complaint, attached hereto as "Exhibit A."*

3. The Complaint was served on Defendant on November 21, 2022. *See Notice of Service of Process from the Chief Financial Officer of Florida, attached hereto as "Exhibit B."*

4. In its Complaint, Plaintiff does not specify the total dollar amount of damages, stating only "[t]his action is more than thirty thousand dollars ($30,000.00) exclusive of interest, attorney's fees, and costs." *See Exhibit A - Complaint* at ¶ 1.

5. Defendant issued Plaintiff its Request for Admission for Federal Diversity Jurisdiction and Interrogatories on December 2, 2022.

6. Plaintiff filed its responses to Defendant's Request for Admission for Federal Diversity Jurisdiction and Interrogatories on January 9, 2023. *See Exhibit C*.

7. Plaintiff's responses indicate that it is not domiciled in Florida, and it is seeking more than Seventy-Five Thousand Dollars and No Cents ($75,000.00). *Id.*

8. Since the undersigned counsel knew the citizenship of Defendant and the amount in controversy, the remaining issue regarding diversity jurisdiction was the determination of Plaintiff's citizenship.

9. In the exercise of due diligence, undersigned counsel reviewed the records of the Cobb County, Georgia Property Appraiser, the official records of which are a public record of a governmental entity, of which the Court may take judicial notice. *See Exhibit D.*

10. Plaintiff's principal place of business is located at 1690 Roberts Blvd, Suite 112 Kennesaw, Georgia 30144. *Id.*

11. Defendant is a Texas corporation having its principal place of business in Bedford, Texas. *See "Exhibit E," its Foreign Corporation Annual Report.*

12. 28 U.S.C. § 1332(a)(1) provides the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

13. 28 U.S.C. § 1332(c)(1) provides in pertinent part a corporation shall be deemed to be a citizen of any state in which it has been incorporated and of the state where it has its principal place of business.

14. 28 U.S.C. § 1441(a) provides in pertinent part any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending.

16. Plaintiff has brought this action in this action in the Circuit Court of the Eighteenth Judicial Circuit Seminole County, Florida.

17. Plaintiff is a citizen of the State of Georgia. *See Exhibit D.*

18. National Specialty Insurance Company is a Texas corporation which has its principal place of business in Bedford, Texas. *See Exhibit E.*

19. Plaintiff's claim for damages concerns an amount in controversy in excess of $75,000.00, exclusive of interests and costs. *See Exhibits C.*

20. Based on the foregoing, this matter is subject to the original jurisdiction of the Court under 28 U.S.C. § 1332, and this case may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446(3).

21. This Notice of Removal is being filed within thirty (30) days of service of Plaintiff's Responses to Defendant's Request for Admission for Federal Diversity Jurisdiction received on January 9, 2023.

22. A complete copy of all process, pleadings and orders in the Circuit Court of Seminole County, Florida in Case No.: 2022-CA-002641, as required by 28 U.S.C. § 1446(a) is attached hereto as *Exhibit F- Index of Record.*

23. In compliance with 28 U.S.C. § 1446(a), counsel for Defendant has also provided a written Notice of Removal to the Circuit Court of Seminole County, Florida, a copy of which is attached to this Notice of Removal as *Exhibit G.*

WHEREFORE, Defendant National Specialty Insurance Company respectfully requests that the above-captioned lawsuit be removed to the United States District Court of the Middle District of Florida.

Date: February 2, 2023        Respectfully submitted,

By:   /s/ *Robert L. Williams Jr.*
Robert Williams Jr., Esq. (Fla. Bar No.1002894)
ROLFES HENRY CO., LPA
3191 Maguire Boulevard, Suite 160
Orlando, FL 32803
Tel: (407) 284-4990
T:  (407) 284-4990
E:  rwilliams@rolfeshenry.com
E:  pewing@rolfeshenry.com
E:  bhenry@rolfeshenry.com
E:  kdeglman@rolfeshenry.com

*Attorneys for Defendant*
*National Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on this 2nd day of February 2023:

Jeremy M. Paul, Esq.
Edgar G. Sanchez, Esq.
Orr Cook
50 N. Laura Street, Suite 1675
Jacksonville, FL 32202
P: 904-358-8300
E: ipaul@orrcook.com
E: esanchez@orrcook.com

E: edocket@orrcook.com
E: msmith@orrcook.com

*Attorney for Plaintiff*

                                         */s/ Robert L. Williams Jr.*
                                         Robert L. Williams Jr.