# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
### (Orlando Division)

### Case No.:  6:23-cv-00192-ACC-DCI

JASPER CONTRACTORS, INC.,
a/a/o RICHARD WEISS and
MONICA WEISS,

    Plaintiffs,

v.

                                    Removed from Circuit Court
                                    of Seminole County, Florida
                                    Case No:  2022-CA-002641

NATIONAL SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF SETTLEMENT**

Defendant National Specialty Insurance Company, by and through its undersigned counsel, hereby notifies this Court that the parties have reached a settlement of all claims brought in the above-captioned matter.

Date: September 25, 2023        Respectfully submitted,

                                        By:    ___*/s/ Robert L. Williams Jr.*_____
                                                  Robert L. Williams Jr., Esq. (1002894)
                                                  Brian P. Henry, Esq. (0089069)
                                                  ROLFES HENRY CO., LPA
                                                  3165 McCrory Place, Suite 174
                                                  Orlando, Florida  32803
                                                  T:  (407) 284-4990

              E:  rwilliams@rolfeshenry.com
              E:  pewing@rolfeshenry.com
              E:  bhenry@rolfeshenry.com
              E:  kmcclintock@rolfeshenry.com

              *Attorney for Defendant*
              *National Specialty Insurance Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on this 25th day of September 2023:

Jeremy M. Paul, Esq.
Edgar G. Sanchez, Esq.
Orr Cook
50 N. Laura Street, Suite 1675
Jacksonville, FL  32202
P: 904-358-8300
E:  ipaul@orrcook.com
E:  esanchez@orrcook.com
E:  edocket@orrcook.com
E:  msmith@orrcook.com

*Attorney for Plaintiffs*

              */s/ Robert L. Williams Jr.*
              Robert L. Williams Jr.

2